UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV18-09145 JAK (FFMx) | Date | December 11, 2018 |
| Title | Idea Factory Labs Limited v. Apple Inc. | | |

---

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILING TO PAY FILING FEE AND FAILING TO RETAIN COUNSEL (DKT. 6, 7)  JS-6

On October 24, 2018, Plaintiff filed an Application for a waiver of the fees and costs for the filing of the Complaint, which had been filed on the same date (the "Application"). Dkt. 3. The Application was denied, with the basis for that determination stated in the corresponding order. Dkt. 7. The order included the explanation that, because Plaintiff is an entity, is must have counsel to proceed in this matter. 28 U.S.C. §1915. *Id.* Accordingly, the order directed Plaintiff to pay the filing fee within 30 days, i.e., on or before December 2, 2018. Another order issued on November 2, 2018, directing Plaintiff to have counsel appear in this action on or before December 3, 2018. Dkt. 6. Plaintiff was advised that a failure to have counsel appear and to pay the filing fee would result in the dismissal of this action. Because Plaintiff has not complied with any of the requirements of the prior orders, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

                                                          :
                                    Initials of Preparer   ak